UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DANIEL DANIES | |
| Plaintiff | |
| v. | Civil No. WMN -00-CV-3046 |
| MCI WORLDCOM NETWORK SERVICES, INC. | |
| Defendant | |

### ORDER

This matter having come before the Court on a Consent Motion to Modify Scheduling Order, the premises considered, it is this 16th day of April 2001:

**Ordered** that Plaintiff shall have to and including April 23, 2001 to designate his expert witnesses and Defendant shall have to and including May 21, 2001 to designate its expert witnesses; and it is

**Further Ordered** that all other deadlines and matters set forth in this Court's scheduling order shall remain in effect.

William M. Nickerson
United States District Judge

cc:

Thomas J. Gagliardo, Esq
Attorney for Plaintiff
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910

Emmet F. McGee, Jr.
Attorney for Defendant
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

