UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DANIEL DANIES

    Plaintiff

v.

MCI WORLDCOM
NETWORK SERVICES, INC.

    Defendant

Civil No. WMN -00-CV-3046

ORDER

This matter having come before the Court on a Consent Motion to Modify Scheduling Order, the premises considered, it is this 7th day of May 2001:

**Ordered** that Plaintiff shall have to and including May 7, 2001 to designate his expert witnesses and Defendant shall have to and including May 28, 2001 to designate its expert witnesses; and Plaintiff shall have until June 1, 2001 to rebut evidence identified by Defendant's expert witnesses.

**Further Ordered** that all other deadlines and matters set forth in this Court's scheduling order shall remain in effect.

William M. Nickerson
United States District Judge

cc:

Thomas J. Gagliardo, Esq
Attorney for Plaintiff
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910

Brooks R. Amiot
Attorney for Defendant
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600