```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 MAY 18  P 4: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| DANIEL DANIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. WMN-00-3046 |
| | ) | |
| MCI WORLDCOM NETWORK | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Daniel Danies, and Defendant, MCI WorldCom Network Services, Inc., by their undersigned counsel, hereby request that the Court's Scheduling Order of February 14, 2001, be modified to provide the parties additional time to complete fact and expert discovery. As grounds therefore, the parties state as follows:

1.   Due to the parties' unavoidable scheduling conflicts and Plaintiff's reduced availability to assist in responding to Defendant's discovery requests and subsequent difficulties in obtaining an expert report in this matter, the parties will be unable to complete discovery by the current deadline of June 28, 2001.

2.   The parties believe that an extension of the Scheduling Order deadlines will enable them more effectively to complete discovery and to file dispositive motions in this case.

3.   The parties have conferred and also believe that a discovery deadline for experts retained solely for the calculation of damages should be established on a date subsequent to the Court's ruling on dispositive motions, as the need for such expert discovery may be rendered moot.

" _APPROVED_ THIS 21st DAY
OF _May_ 01

_____
UNITED STATES [Judge signature]

4. Based on the foregoing, the parties respectfully request that the Scheduling Order of February 14, 2001, be modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures re Experts | May 31, 2001 |
| Defendant's Rule 26(a)(2) Disclosures re Experts | June 27, 2001 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures re Experts | July 15, 2001 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | July 22, 2001 |
| **Discovery Deadline; Submission of Status Report** | **August 28, 2001** |
| Requests for Admission | September 4, 2001 |
| **Dispositive Pretrial Motions Deadline** | **September 28, 2001** |
| Expert Discovery Deadline (as to damages) | 20 days after the Court's ruling on dispositive motions |

Respectfully submitted,

_____
Thomas J. Gagliardo (04899)
8701 Georgia Avenue
Suite 500
Silver Spring, Maryland 20910
(301) 589-1900
Fax: (301) 589-1985

Attorney for Plaintiff

_____
Emmett F. McGee, Jr. (08462)
Brooks R. Amiot (12148)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Fax: (410) 580-3001

Attorneys for Defendant,
MCI WorldCom Network Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May 2001, a copy of the parties' Joint Motion to Modify Scheduling Order was sent by U.S. first class mail, postage prepaid, to: Thomas J. Gagliardo, Esquire, 8701 Georgia Avenue, Suite 500, Silver Spring, Maryland 20910, and Robert S. Campbell, Esquire, Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., 401 East Pratt Street, Suite 1800, Baltimore, Maryland 21202, attorneys for Plaintiff.

Brooks R. Amiot