IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL DANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. WMN-00-3046 |
| ) | |
| MCI WORLDCOM NETWORK ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Daniel Danies, and Defendant, MCI WorldCom Network Services, Inc., by their undersigned counsel, hereby request that the Court's Order of May 21, 2001, be modified to provide the parties additional time to pursue settlement discussions in this matter. As grounds therefore, the parties state as follows:

1. The parties have experienced some difficulty scheduling depositions, as most of the witnesses in this case no longer are employed by Defendant and reside outside the jurisdiction of the Court. The parties therefore do not believe that they will be able to complete deposition discovery by the current discovery deadline of August 28, 2001.

2. In addition, the parties have been engaged in settlement discussions in an effort to resolve this matter without further Court involvement. Those discussions are continuing. In the event this matter cannot be settled without certain deposition testimony, however, the parties will require additional time to obtain that testimony.

"_Granted_" THIS 24th DAY OF _August_, 2001

_[signature]_
UNITED STATES DISTRICT JUDGE



3.      Based on the foregoing, the parties respectfully request that the Court's Order of May 21, 2001, be modified as follows:

| | |
|---|---|
| **Discovery Deadline;** **Submission of Status Report** | **October 12, 2001** |
| Requests for Admission | October 19, 2001 |
| **Dispositive Pretrial Motions Deadline** | **November 19, 2001** |

Respectfully submitted,

_____
Thomas J. Gagliardo (04899)
8701 Georgia Avenue
Suite 500
Silver Spring, Maryland 20910
(301) 589-1900
Fax: (301) 589-1985

_____
Emmett F. McGee, Jr. (08462)
Brooks R. Amiot (12148)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Fax: (410) 580-3001

Attorneys for Defendant
MCI WorldCom Network Services, Inc.

_____
Robert S. Campbell
Schulman, Treem, Kaminkow, Gilden,
   Ravenell, P.A.
401 East Pratt Street, Suite 1800
Baltimore, Maryland 21202
(410) 332-0850
Fax: (410) 332-0886

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## CERTIFICATE OF SERVICE

2001 AUG 23  A 11: 39

AT BALTIMORE

BY _____ DEPUTY

    I HEREBY CERTIFY that on this 23rd day of August 2001, a copy of the parties' Joint Motion to Modify Scheduling Order was sent by U.S. first class mail, postage prepaid, to: Thomas J. Gagliardo, Esquire, 8701 Georgia Avenue, Suite 500, Silver Spring, Maryland 20910, and Robert S. Campbell, Esquire, Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., 401 East Pratt Street, Suite 1800, Baltimore, Maryland 21202, attorneys for Plaintiff.

                                                                  Brooks R. Amiot