UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **DANIEL DANIES** | \| |
| Plaintiff | \| |
| v. | \| Civil No. WMN -00-CV-3046 |
| **MCI WORLDCOM NETWORK SERVICES, INC.** | \| |
| Defendant | \| |

### ORDER

This matter having come before the Court on an Unopposed Motion for Leave to File Two Business Days Out of Time and to Modify Scheduling Order, the premises considered, the Court hereby:

**Grants** leave to Plaintiff to file his motion two business days out of time; and it is hereby

**Ordered** that the Scheduling Order in the above captioned action shall be modified as follows:

1) Plaintiff shall have to and including October 31, 2001 to complete discovery;

2) The deadline for submission of requests for admission shall be extended to November 9, 2001; and

3) The deadline for submission of dispositive pretrial motions shall be extended to December 7, 2001.

William M. Nickerson
United States District Judge

October __16__, 2001

cc:

Thomas J. Gagliardo, Esq  
Attorney for Plaintiff  
8701 Georgia Avenue, Suite 500  
Silver Spring, Maryland 20910

Brooks Amiot, Esq.  
Attorney for Defendant  
Piper Marbury Rudnick & Wolfe LLP  
6225 Smith Avenue  
Baltimore, Maryland 21209-3600