# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DANIEL DANIES           :

    Plaintiff,       :

v.                      :        Civil Action No.: WMN/H-00-CV-3046

MCI WORLDCOM NETWORK    :
SERVICES, INC.
                        :
    Defendant.
                        :

...oooOooo...

## NOTICE TO STRIKE AND ENTER APPEARANCE

Please withdraw the appearance of Robert S. Campbell, on behalf of Plaintiff, Daniel Danies.

Also, please enter the appearance of Joshua R. Treem, Harry Levy and Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., as counsel for Plaintiff, Daniel Danies.

                       Respectfully submitted,

                       Joshua R. Treem (Bar No. 00037)
                       Harry Levy (Bar No. 02256)
                       Robert S. Campbell (Bar No. 25731)
                       Schulman, Treem, Kaminkow
                       Gilden & Ravenell, P.A.
                       The World Trade Center
                       401 East Pratt Street, Suite 1800
                       Baltimore, Maryland 21202
                       (410) 332-0850
                       Attorneys for Plaintiff Daniel Danies

" _APPROVED_ " THIS 22nd DAY OF _October_, 20 01

_[signature]_
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___19th___ day of ___October___, 2001, a copy of the foregoing Notice of Withdrawal of Appearance was mailed via first-class mail, postage prepaid, to the following:

>Thomas J. Gagliardo, Esq.
>8701 Georgia Avenue, Suite 500
>Silver Spring, Maryland 20910-5600
>Attorney for Plaintiff Daniel Danies
>
>Richard J. Hafets, Esq.
>Emmett F. McGee, Jr., Esq.
>Brooks R. Amiot, Esq.
>Piper, Marbury, Rudnick & Wolfe, LLP
>6225 Smith Avenue
>Baltimore, Maryland 21209-3600
>Attorneys for Defendant
>MCI WorldCom Network Services, Inc.

_____
Robert S. Campbell