UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DANIEL DANIES
103 West 13th Street
Frederick, Maryland 21701

    Plaintiff

v.

MCI WORLDCOM
NETWORK SERVICES, INC.
1801 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

    Defendant

RECEIVED DEC 27 2001

JUDGE WILLIAM M. NICKERSON

Civil No. WMN -00-CV-3046

### UNOPPOSED MOTION TO EXTEND TIME IN WHICH PLAINTIFF MAY OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully moves this Court to extend the time in which he may oppose Defendant's Motion for Summary Judgment to and including January 7, 2002. Otherwise, today is the deadline for filing his Opposition. Defendant does **not** oppose this extension.

Respectfully submitted,

_____
Thomas J. Gagliardo
U.S. District Court of Maryland Bar No. 4899
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910
(301) 589-1900 FAX 301/589-1985

_____
Joshua Treem
Schulman, Treem, Kaminkow,
    Gilden & Ravenell, P.A.

Page 1 of 2

"APPROVED" THIS 27th DAY OF December, 20 01
_____
UNITED STATES DISTRICT JUDGE

        401 East Pratt Street, Suite 1800
        Baltimore, Maryland 21202
        410/332-0850 FAX 410/332-0866
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class U.S. Mail, postage prepaid to:

    Richard Hafetz
    Emmet F. McGee, Jr.
    Brooks Amiot
    Attorneys for Defendant
    Piper Marbury Rudnick & Wolfe LLP
    6225 Smith Avenue
    Baltimore, Maryland 21209-3600

on this **24**th day of **DECEMBER** 2001.