UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DANIEL DANIES<br>103 West 13th Street<br>Frederick, Maryland 21701<br><br>Plaintiff<br><br>v.<br><br>MCI WORLDCOM<br>NETWORK SERVICES, INC.<br>1801 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br><br>Defendant | Civil No. WMN -00-CV-3046 |

**UNOPPOSED MOTION TO EXTEND TIME IN WHICH PLAINTIFF
MAY OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves this Court to extend the time in which he may oppose Defendant's Motion for Summary Judgment to and including January 14, 2002. Otherwise, today is the deadline for filing his Opposition. Defendant does **not** oppose this extension.

Respectfully submitted,

_____
Thomas J. Gagliardo
U.S. District Court of Maryland Bar No. 4899
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910
(301) 589-1900 FAX 301/589-1985

_____
Joshua Treem
Schulman, Treem, Kaminkow,
    Gilden & Ravenell, P.A.

APPROVED THIS 8th DAY OF January, 2002
_____
UNITED STATES DISTRICT JUDGE

Page 1 of 2

401 East Pratt Street, Suite 1800
Baltimore, Maryland 21202
410/332-0850 FAX 410/332-0866
Counsel for Plaintiff

*FILED ENTERED / LODGED RECEIVED*
*JAN - 7 2002*
*AT BALTIMORE*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*NIGHT DROP BOX*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class U.S. Mail, postage prepaid to:

>Richard Hafetz
>Emmet F. McGee, Jr.
>Brooks Amiot
>Attorneys for Defendant
>Piper Marbury Rudnick & Wolfe LLP
>6225 Smith Avenue
>Baltimore, Maryland 21209-3600

on this **7th**[h] day of **JANUARY** 2002.