UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DANIEL DANIES

    Plaintiff

v.    Civil No. WMN-00-CV-3046

MCI WORLDCOM
NETWORK SERVICES, INC.

    Defendant

## CLARIFICATION OF MOTION FOR EXTENSION OF TIME

1. Plaintiff Daniel Danies filed an opposition to Defendant MCI's Motion for Summary Judgment in timely fashion on Monday, January 14, 2002.

2. At that time he also moved for an extension in which to file a memorandum of points and authorities in support of his motion until Tuesday, January 22, 2002. He indicated that Defendant would oppose that motion.

3. Subsequently Defendant agreed to an extension until Wednesday, January 16, 2002, but indicated it would oppose any further extension.

4. Plaintiff hereby withdraws his motion for an extension until January 22, 2002; and requests leave to file the opposition tendered simultaneously herewith.

Respectfully submitted,

_____
Thomas J. Gagliardo
U.S. District Court of Maryland Bar No. 4899
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910
(301) 589-1900 FAX 301/589-1985

Page 1 of 2    " APPROVED " THIS 22nd DAY OF January, 20 02

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was sent by first class U.S. Mail, postage prepaid to:

        Emmet F. McGee, Jr.
        Richard Haftez
        Brooks Amiot
        Attorney for Defendant
        Piper Marbury Rudnick & Wolfe LLP
        6225 Smith Avenue
        Baltimore, Maryland 21209-3600

on this **18th** day of **JANUARY 2001**.