IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL DANIES<br>　　　　Plaintiff(s)<br><br>　　vs.<br><br>MCI WORLDCOM NETWORK<br>SERVICES, INC.<br>　　　　Defendant(s) | *<br>*<br>*<br>*　Civil Action No.:　WMN-00-3046<br>*<br>*<br>****** |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: ___2/27/02___   _____
　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　United States District Judge

U.S. District Court (Rev. 5/2001)



**PIPER MARBURY RUDNICK & WOLFE** LLP

6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.piperrudnick.com

**BROOKS R. AMIOT**

brooks.amiot@piperrudnick.com

DIRECT PHONE   (410) 580-4997
FAX            (410) 580-3997

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 27 P 2: 09

AT BALTIMORE
_____ DEPUTY

February 26, 2002

**VIA UPS NEXT DAY AIR**

The Honorable William M. Nickerson
United States District Judge
United States District Court
   for the District of Maryland
101 W. Lombard Street, Room 330
Baltimore, Maryland  21201

   Re: Danies v. MCI WorldCom Network Services, Inc.
     Civil Action No. WMN-00-3046

Dear Judge Nickerson:

  This is to advise the Court that the parties have reached a settlement in principle in the above-referenced matter. We are preparing the settlement documents and anticipate filing a Joint Stipulation of Dismissal with Prejudice shortly.

  Thank you for your consideration.

           Sincerely,

           Brooks R. Amiot

BRA/cjj

 cc: Thomas J. Gagliardo, Esquire
   Joshua R. Treem, Esquire

CHICAGO | WASHINGTON | BALTIMORE | NEW YORK | RESTON | TAMPA | PHILADELPHIA | DALLAS | LOS ANGELES