IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL DANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. WMN-00-3046 |
| | ) |
| MCI WORLDCOM NETWORK | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL
## OF FIRST AMENDED COMPLAINT

Plaintiff, Daniel Danies, and Defendant, MCI WorldCom Network Services, Inc., by their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby agree and stipulate that Plaintiff's First Amended Complaint be DISMISSED in its entirety WITH PREJUDICE, with each party to bear its own fees and costs.

Respectfully submitted,

_____
Thomas J. Gagliardo (04899)
8701 Georgia Avenue, Suite 500
Silver Spring, Maryland 20910
(301) 589-1900
Fax: (301) 589-1985

_____
Richard J. Hafets (00131)
Emmett F. McGee, Jr. (08462)
Brooks R. Amiot (12148)

PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Fax: (410) 580-3001

Attorneys for Defendant,
MCI WorldCom Network Services, Inc.

APPROVED THIS 12th DAY
OF April, 2002
_____
UNITED STATES DISTRICT JUDGE

_____
Robert S. Campbell
Schulman, Treem, Kaminkow, Gilden,
　Ravenell, P.A.
401 East Pratt Street, Suite 1800
Baltimore, Maryland 21202
(410) 332-0850
Fax:  (410) 332-0886

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2002, a copy of the foregoing Joint Stipulation of Dismissal of First Amended Complaint was served by U.S. first class mail, postage prepaid, to:

    Thomas J. Gagliardo, Esquire,
    8701 Georgia Avenue, Suite 500
    Silver Spring, Maryland  20910

    and

    Joshua R. Treem, Esquire
    Harry Levy, Esquire,
    Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.,
    401 East Pratt Street, Suite 1800
    Baltimore, Maryland  21202

    Attorneys for Plaintiff

_____
Brooks R. Amiot

BALT2:635474.v2